UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN NEAL WILLIAMS,<br>        Petitioner,<br>  v.<br>J. SALAZAR, Warden,<br>        Respondent. | No.  CV 09-4275-DOC (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: January 17, 2012

_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE